IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK GLEASON, | 08-CV-552-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| JEFF C. GILMOUR, TODD M. THORNE, LISA S. METCALF, JULIANNE R. DAVIS, KERRY JOHNSON, JODIE HANSON, BOB BLAIR, MICHAEL TWIGGS, STEVE BREWSTER, and STAN ROMAN, | |
| Defendants. | |

Based on the Court's Order (#55) issued December 3, 2010, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 3rd day of December, 2010.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

1 - JUDGMENT